**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:                                                                    Chapter 13

Carlos Adrian Salas and Heather Salas                 No.   10-35497

                    Debtor                                               Hon.  Eugene R. Wedoff

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

   PLEASE TAKE NOTICE that on February 5, 2015, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

                                                          _____/s/ Ross T. Brand_____

**Certificate of Service**

   The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Kristin K. Beilke and Marilyn O. Marshall on February 5, 2015.

                                                          _____/s/ Ross T. Brand_____

Ross T. Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077


**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Carlos Adrian Salas and Heather Salas
1865 N. Newport Road
Hoffman Estates, IL 60169

Marilyn O. Marshall
224 South Michigan, Ste. 800
Chicago, IL 60604

Kristin K. Beilke
Geraci Law L.L.C.
55 E. Monroe, St #3400
Chicago, IL 60603